## IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD DENNIS FERLINGERE,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LIDIA STIGLICH, DISTRICT JUDGE,
Respondents.

No. 70441

**FILED**

JUN 2 0 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS*

This original pro se petition for a writ of prohibition or mandamus challenges a May 12, 2016, district court order, which appears to pertain to service by mail and respondents' continued jurisdiction over the underlying case.

Having considered the petition and supporting documents, we are not persuaded that the district court exceeded its jurisdiction or arbitrarily or capriciously abused its discretion in entering the May 12 order, a copy of which was not included with petitioner's supporting documents, or that a writ should issue to preclude respondent, the Honorable Lidia Stiglich, from exercising jurisdiction over the underlying case due to "lack of jurisdiction" or "fraud on the court." NRS 34.160; NRS 34.320; NRAP 21(a)(4); *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial*

16-19155

*Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:  Hon. Lidia Stiglich, District Judge
     Ronald Dennis Ferlingere
     Attorney General/Carson City
     Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A